IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  07-cv-02359-ZLW-KLM

SHARON KENNEY and
DENNIS WILLET,

     Plaintiffs,

v.

AARON MARK ALBERICO and
NATIONAL DISTRIBUTING COMPANY, INC.,
d/b/a NATIONAL DISTRIBUTING, INC. - COLO.,

     Defendants.

---

## ORDER

---

     In consideration of Magistrate Judge Kristen L. Mix's minute entry regarding the Settlement Conference on March 3, 2008 (Doc. # 18), it is

     ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

     FURTHER ORDERED that settlement papers shall be filed on or before April 4, 2008.  If by that date settlement papers have not been received by the Court, on April 11, 2008 the case will be dismissed without prejudice.

     DATED at Denver, Colorado, this __26th__ day of March 26, 2008.

               BY THE COURT:

               _____
               ZITA L. WEINSHIENK, Senior Judge
               United States District Court