IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-02359-ZLW-KLM

SHARON KENNEY and
DENNIS WILLET,

    Plaintiffs,

v.

AARON MARK ALBERICO and
NATIONAL DISTRIBUTING COMPANY, INC.,
d/b/a NATIONAL DISTRIBUTING, INC. - COLO.,

    Defendants.

---

## ORDER

---

    Pursuant to the Stipulation Of Dismissal Of Claims With Prejudice (Doc. # 21) signed by the attorneys for the parties hereto, it is

    ORDERED that the motion is granted, and that all claims asserted by Plaintiff against Defendants are dismissed with prejudice, and that each party shall pay his, her or its own attorneys' fees and costs.

    DATED at Denver, Colorado, this  2nd  day of   April  , 2008.

                                            BY THE COURT:

                                            _____
                                            ZITA L. WEINSHIENK, Senior Judge
                                            United States District Court